The People of the State of New York, Respondent,
against
Bruce Cole, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered July 16, 2015, after a nonjury trial, convicting him of aggressive solicitation, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert M. Mandelbaum, J.), rendered June 16, 2015, affirmed.
The verdict convicting defendant of aggressive solicitation (see Administrative Code of City of NY § 10-136[b][2]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]), which included video surveillance of defendant's actions inside the ATM vestibule and the testimony of the arresting officer. There is no basis for disturbing the trial court's determinations concerning credibility.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 12, 2019